

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of L.S., S.V., and C.W., Children

No. 06-17-00113-CV

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 16-0365). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find error in the judgment of the court below. Therefore, we vacate the trial court's judgment and dismiss the case.

We further order that the payment of costs are waived pursuant to TEX. HUM. RES. CODE ANN. § 40.062 (West Supp. 2017).

RENDERED MARCH 9, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk